JUNE 2, 1975*

No. 74–1027. GARCIA ET AL. *v.* TEXAS STATE BOARD OF MEDICAL EXAMINERS ET AL. Affirmed on appeal from D. C. W. D. Tex. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument. ■